# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION SECURITY INSURANCE COMPANY, ) ) ) **Plaintiff** ) ) ) vs. ) ) BRENDA DENIKE, OPAL R. ) DIBENEDETTO, AND LINDA J. ) WALLING, ) ) **Defendants.** | CASE NO. 08-cv-888-JPG/DGW |

## JUDGMENT

This matter having come before the Court, and the Court having granted the parties' joint motion to dismiss,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

JUSTINE FLANAGAN, Acting Clerk

By:s/Deborah Agans, Deputy Clerk

**Dated: July 16, 2009**


**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**